```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/07/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Andrew Toro,

                Plaintiff,

-against-

Apollo Design & Tech Inc.,

                Defendant.

1:23-cv-04686 (AS) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

The parties shall appear via telephone for a conference in the above-captioned matter on Tuesday, September 12, 2023, at 2:00 p.m. EST, to address the status of the action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

If Defendant has not appeared as of that date, Plaintiff is still required to appear for the telephone conference. In addition, if Defendant has been in communication with Plaintiff's counsel, Plaintiff's counsel shall advise Defendant of the scheduling of the conference.

**SO ORDERED.**

Dated: New York, New York
         September 7, 2023

                                          /s/ Stewart D. Aaron
                                          STEWART D. AARON
                                          United States Magistrate Judge